United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | |
| DAVID CANTU, | § | |
| AKA PAMFI, | § | Case No. 2:26-cr-555-17, 18 |
| LUCIA GONZALEZ | § | |

**ORDER UNSEALING INDICTMENT**

On Motion of the United States, the Indictment in the above matter is hereby Ordered unsealed as to David Cantu and Lucia Gonzalez.

SIGNED on 22nd day of September, 2026.

UNITED STATES MAGISTRATE JUDGE
MITCHEL NEUROCK